*J. Morrison, N. B. Taylor, J. E. McDonald,* and *A. L. Roache,* for the appellant.

*L. Barbour, J. D. Howland,* and *H. O'Neal,* for the appellee.

---

## BOWEN and Another *v.* FISHER.

APPEAL from the *Shelby* Circuit Court.

*Per Curiam.*—This was an action to recover money, and to enforce a vendor's lien.

The complaint did not aver that the defendants were insolvent, nor that there was no personal property, nor any equivalent averment.

May Term, 1860.

Denial. Trial. Judgment for plaintiff for the amount of the note, and that the same was a lien upon the land described, and order for its sale.

The only question in the case is as to whether the judgment, declaring the lien and for the sale of the land, should have been rendered in the absence of the before-mentioned averments.

On the authority of *Scott* v. *Crawford*, 12 Ind. R. 411, the judgment for the money, and declaring it a lien, is affirmed. The order directing the sale of the specific property, in the first instance, is reversed at the cost of the appellee.

*M. M. Ray*, for the appellants.

*E. H. Davis* and *C. Wright*, for the appellee.